# United States Court of Appeals
## For the First Circuit

No. 21-1483

UNITED STATES OF AMERICA,

Appellee,

v.

KARL MESSNER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 22, 2022, is amended as follows:

On page 19, lines 6-7, change "sadistic-or-masochistic" to "sexual-abuse-of-a-toddler"